AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ADWAR CASTING CO., LTD., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| | ) |
| STAR GEMS INC., ANISH DESAI, and DOES 1-20, | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Star Gems Inc., 3850 Holcomb Bridge Rd., Suite 350, Norcross, Georgia 30092
Anish Desai, 3850 Holcomb Bridge Rd., Suite 350, Norcross, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tedd S. Levine, Esq.
LAW FIRM OF TEDD S. LEVINE, LLC
1305 Franklin Avenue, Suite 300
Garden City, NY 11530
Tel.: (516) 294-6852
Fax: (516) 294-4860
email: lawofficesoftedslevine@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        October 27, 2017

_____
*Signature of Clerk or Deputy Clerk*