IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ADWAR CASTING CO., LTD a New York Corporation | 17-CV-06278 (DRH-SIL) |
| Plaintiff, | **NOTICE OF APPEARANCE OF RODRICK J. ENNS** |
| - against - | |
| STAR GEMS INC., a Georgia Corporation, ANISH DESAI, an individual, And Does 1-20 | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned Rodrick J. Enns, admitted *pro hac vice* by Order dated February 16, 2018, hereby enters his appearance as additional counsel on behalf of Defendants Star Gems Inc. and Anish Desai.

Dated:  February 20, 2018        */s/ Rodrick J. Enns*
　　　　　　　　　　　　　　　　Rodrick J. Enns
　　　　　　　　　　　　　　　　Enns & Archer LLP
　　　　　　　　　　　　　　　　939 Burke Street
　　　　　　　　　　　　　　　　Winston-Salem, NC 27101
　　　　　　　　　　　　　　　　Tel:  336-723-5180
　　　　　　　　　　　　　　　　Fax:  336-723-5181
　　　　　　　　　　　　　　　　renns@ennsandarcher.com